The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>MARCELINA DIEZ LEDESMA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DESPEGAR.COM.AR S.A.,<br><br>Defendant. | CASE NO. 2:24-mc-00012-TL<br><br>[PROPOSED] ORDER APPOINTING COMMISSIONER UNDER<br>28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of the First Instance Court in Commercial Matters No. 12, Clerk Office No. 24, in and for the city of Buenos Aires, Argentina, seeking information from Expedia who resides within the jurisdiction of this Court, for use in a judicial proceeding in Argentina and the Court having read the Letter of Request (Exhibit A to the Declaration of Nickolas Bohl, Dkt. 1-2), from Hernan Diego Papa, Judge sitting in First Instance Court in Commercial Matters No. 12, in and for the city of Buenos Aires, Argentina, and being fully informed in the premises, it is hereby

ORDERED, under the authority contained in 28 U.S.C. § 1782 that Nickolas Bohl, Assistant United States Attorney for the Western District of Washington, is hereby appointed as Commissioner to take such steps as are necessary to obtain information from Expedia in conformity

[PROPOSED] ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 1
CASE NO. 2:24-mc-00012-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

with the legally permissible portions of the Letter of Request (as set forth in Exhibit A to the Declaration of Bohl, Dkt. 1-2), to certify the information provided by Expedia in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED this 26th day of February, 2024.

_____
Tana Lin
United States District Judge

Presented by:

TESSA M. GORMAN
United States Attorney

s/ Nickolas Bohl
NICKOLAS BOHL, WSBA NO. 48978
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: nickolas.bohl@usdoj.gov

[PROPOSED] ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 2
CASE NO. 2:24-mc-00012-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970